THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. OSCAR VOGT, Appellant.

(Argued December 14, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Court of General Sessions of the Peace of the county of New York, rendered February 24, 1914, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William D. Bosler, Frank Aranow* and *Samuel S. Koenig* for appellant.

*Charles S. Whitman, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.